United States District Court
Eastern District of Louisiana

Philip Gibson

vs

James LeBlanc

Case No. 20-01823 SECT.HMAG.3

## Motion For Stay Of Proceedings

TENDERED FOR FILING
JUN 25 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Now Comes Philip Gibson, Pro Se, to propound and state before the court the following:

1) Plaintiff has submitted a Notice to the Court as follows;

a) The Covid-19 Pandemic, "locked down" Elayn Hunt Correctional Center.

b) Warden Tim Hooper denied all access to Legal Facilities

c) Warden Tim Hooper denied all completed documents on Computers

2

d) Dep. Warden S. Michel ordered All Files stored on Law Library computers to be distroyed.

2) Plaintiff remains in Post Conviction Relief process, however, Covid-19 pandemic and other reasons beyond Plaintiffs control, Ability to Properly research, develop pleadings And File, have been hindered and outright denied by Authorities.

WHEREFORE, plaintiff request the court to Stay Proceedings until Notice can be Forwarded of Access to Legal Facilities, Access to the Courts, to Properly File Habeas documents.

Respectfully Submitted
PCP
Philip Gibson
5/6/20

3