# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHILLIP GIBSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1823** |
| **JAMES LEBLANC, SECRETARY** | **SECTION "H" (3)** |

## NOTICE

**NOW INTO COURT**, through the undersigned Assistant District Attorney, comes the State of Louisiana, respondent on behalf of James LeBlanc, and respectfully submits the following Notice to this Honorable Court:

1. In an order entered on October 23, 2020, this Honorable Court ordered the State to address Gibson's Motion for Stay of Proceedings[1] in its response to Gibson's *habeas* petition.

2. The State hereby notifies this Honorable Court and the petitioner that it does not oppose petitioner's motion for stay and abeyance of the instant habeas petition.

Respectfully submitted,

/s/ Irena Zajickova
Irena Zajickova
La. Bar No. 35394
Assistant District Attorney
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119
Tel.: (504) 571-2858
Email: izajickova@orleansda.com

---

[1] Rec. Doc. 7.

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion has been served upon the below-listed party by First Class United States Mail this 23nd day of December, 2020:

Mr. Phillip Gibson, #456583
Elayn Hunt Correctional Center
P. O. Box 174
St. Gabriel, LA 70776

                                        /s/ Irena Zajickova
                                        Assistant District Attorney
                                        Parish of Orleans